IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                                                        23-mj-1124-KBM

DIEGO SENA,

    Defendant.

### NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW, the Law Office of Joel R. Meyers LLC, by Joel R. Meyers, and hereby enters his appearance on behalf of Defendant, Diego Sena, as counsel of choice and substitution of counsel for Hans Peter Erickson in the above-captioned cause. Undersigned counsel requests that all notices be sent to:

    The Law Office of Joel R. Meyers LLC
    1000 Cordova Place, #930
    Santa Fe, NM 87505
    jrm@jrmeyerslaw.com
    (505) 847-7757
    (505) 847-5929 (FAX)

                                          Respectfully Submitted,

                                          /s/ *Joel R. Meyers*
                                          Joel R. Meyers
                                          The Law Office of Joel R. Meyers LLC
                                          1000 Cordova Place, #930
                                          Santa Fe, NM 87505
                                          jrm@jrmeyerslaw.com
                                          (505) 847-7757
                                          (505) 847-5929 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2023, I filed the foregoing electronically through the CM/ECF system, which caused Counsel for the Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph Spindle
Assistant United States Attorney
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87103

/s/ *Joel R. Meyers*